548

438 A.2d 625

Comm-ley v. Kirk, Appellant.

Argued January 13, 1981. John J. Kirk, for appellant; Dara A. DeCourey, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, SHERTZ and MONTGOMERY, JJ.

Order affirmed.

438 A.2d 626

Commonwealth v. Kovalak, Jr., Appellant.

Argued May 22, 1981. Linda R. Tallent, for appellant; Michael Oreski, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CERCONE, P. J., and MONTGOMERY and VAN der VOORT, JJ.

Judgment of sentence affirmed.